# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| JACKIE JO NEDIMYER, LEO JOSHUA NEDIMYER, GLORIA WILSON AND TABITHA WILSON, | C.A. NO. 3:22-CV-01454-MGL |
| PLAINTIFFS, | |
| vs. | |
| COOPERSURGICAL, INC., FEMCARE, LTD. - UK SUBSIDIARY OF UTAH MEDICAL PRODUCTS, INC. AND UTAH MEDICAL PRODUCTS, INC., | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| DEFENDANTS. | |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Jackie Jo Nedimyer, Leo Joshua Nedimyer, Gloria Wilson and Tabitha Wilson and Defendants CooperSurgical, Inc., Femcare, Ltd., and Utah Medical Products, Inc., hereby stipulate that any and all claims in the above-captioned action are dismissed without prejudice against all Defendants.

    Plaintiffs and Defendants further agree that this action may be reinstated by Plaintiffs on or before August 5, 2025, and Defendants shall not oppose a motion to reinstate this action filed by that date. The parties agree and understand that the action will be reinstated in the same posture that the case was in at the time of the stipulation of dismissal, and that any and all motions pending at the time of dismissal will be reinstated as pending at the time the case is reinstated and will not need to be re-filed.

    The parties maintain all their rights in their respective pleadings that exist at the time of this stipulation. Upon reinstatement, it is specifically agreed that Defendants

shall maintain and not waive any of their defenses, including but not limited to their statute of limitations defense.

The parties agree that this stipulation does not waive or release any statute of limitations defense or any other defense that Defendants had or could have had as of the date of this stipulation. Upon reinstatement, Defendants shall have all of the defenses available to them as they had on the date of this stipulation. Defendants' statute of limitations defenses are based upon the original date of the commencement of this action, and Defendants agree they will not assert any new statute of limitations defense based upon this stipulation of dismissal or the reinstatement of this action.

**WE SO STIPULATE**:

By: */s/ Graham L. Newman*
Mark D. Chappell (Fed. ID No. 106)
Graham L. Newman (Fed. ID No. 9746)
CHAPPELL, CHAPPELL & NEWMAN
4500 Fort Jackson Boulevard, Suite 250
Columbia, SC 29209
Telephone: (803) 233-7050
mark@chappell.law  graham@chappell.law

Simon B. Purnell (*Pro Hac Vice*)
Daniel R. Griffin (*Pro Hac Vice*)
GRIFFIN PURNELL LLC
2037 Airline Road, Suite 200
Corpus Christi, Texas 78412
Telephone: (361) 500-2804
simon@griffinpurnell.com
dan@griffinpurnell.com

*Attorneys for Plaintiffs*

**WE SO STIPULATE**:

By: /s/ Duke R. Highfield
Duke R. Highfield, Fed ID 5654 James E. Scott, IV Fed ID 9063 CLEMENT RIVERS, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29402
Telephone: (843) 720-5456
dhighfield@ycrlaw.com
jscott@ycrlaw.com

Beau R. Burbidge (Pro Hac Vice) Clancey S. Henderson (Pro Hac Vice) BURBIDGE MITCHELL
215 South Lake Street, Ste 920 Salt Lake City, Utah 84111 Telephone: (801) 355-6677
beau@burbidgemitchell.com
clancey@burbidgemitchell.com

*Attorney for Defendants*

Dated: June 6, 2025